IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,                            CASE NO.    22-5729

    vs.

CHARLES ELSEA,

    Defendant/Appellant.

MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

    Counsel for Appellant Elsea requests that this Court re-set the due date for Appellant's brief by an additional 30 days (2.9.23). Counsel needs additional time for research and communication with Appellant Elsea. In support thereof, counsel notes that his caseload has been heavy. In the past seven days, counsel has filed an opening brief in *United States v. Heath* (22-3929) and filed a reply brief in *United States v. Caballero-Melger*. (21-6036) In addition, Appellant Elsea was recently moved (without counsel's knowledge) to a state prison in Florida, and counsel has been unable as of yet to communicate with Appellant.

                                                        Respectfully Submitted,

>  2
> DEBORAH L. WILLIAMS
> Federal Public Defender
>
>  /s/ Kevin Schad
> Kevin M. Schad
> Attorney for Appellant
> Office of the Federal Public Defender
> Southern District of Ohio
> 250 E. Fifth St.
> Suite 350
> Cincinnati OH 45202
> (513) 929-4834
> Fax (513) 929-4842
> Kevin_schad@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent this 10th day of January, 2023, by ECF filing, to the office of the Assistant United States Attorney of record.

>  /s/ Kevin Schad
> Kevin Schad
> Attorney for Appellant