IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,                            CASE NO.    22-5729

    vs.

CHARLES ELSEA,

    Defendant/Appellant.

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Counsel for Appellant Elsea requests that this Court re-set the due date for Appellant's brief by an additional 21 days (3.2.23). Elsea has communicated that his family is in the process of retaining counsel. A draft of the brief is complete, and has been provided to Elsea. Elsea requests that this Court grant him an additional 21 days to retain replacement counsel.

                                                Respectfully Submitted,

                                                DEBORAH L. WILLIAMS
                                                Federal Public Defender

                                                 /s/ Kevin Schad
                                                Kevin M. Schad
                                                Attorney for Appellant
                                                Office of the Federal Public Defender

2
Southern District of Ohio
250 E. Fifth St.
Suite 350
Cincinnati OH 45202
(513) 929-4834
Fax (513) 929-4842
Kevin_schad@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was sent this 8th day of February, 2023, by ECF filing, to the office of the Assistant United States Attorney of record.

 /s/ Kevin Schad
Kevin Schad
Attorney for Appellant